United States District Court
Southern District of Texas
**ENTERED**
May 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN RAY BENAVIDES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-020 |
| | § | |
| THE UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

In January 2025, Petitioner John Ray Benavides filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging the calculation of his time in custody. At the time of filing, Benavides was in the custody of the Bureau of Prisons. BOP then released Benavides, who updated his current address to reflect a private residence. (*See* Notice, Doc. 18)

Accordingly, a Magistrate Judge recommends the dismissal of the petition as moot. (R&R, Doc. 20) No party filed objections to the Report and Recommendation, and the Court finds no plain error within it. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 20). It is:

**ORDERED** that Petitioner John Ray Benavides's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DENIED** as moot.

The Clerk of Court is directed to close this matter.

Signed on May 5, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge